No. 14,505.

LACKEY *v.* THE PEOPLE.
(91 P. [2d] 1119)

Decided May 1, 1939.   Rehearing denied June 12, 1939.

Judgment affirmed en banc on application for supersedeas without written opinion.   Mr. Justice Francis E. Bouck not participating.

Mr. CLARENCE O. MOORE, for plaintiff in error.

Mr. BYRON G. ROGERS, Attorney General, Mr. HENRY E. LUTZ, Assistant, for the people.

No. 14,524.

TRUJILLO *v.* THE PEOPLE.
(90 P. [2d] 1119)

Decided May 1, 1939.   Rehearing denied May 29, 1939.

Judgment affirmed en banc on application for supersedeas without written opinion.   Mr. Chief Justice Hilliard and Mr. Justice Francis E. Bouck, not participating.

Mr. JOSEPH MOSKO, Mr. GORDON SLATKIN, for plaintiff in error.

Mr. BYRON G. ROGERS, Attorney General, Mr. REID WILLIAMS, Assistant, for the people.